UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ELI LILLY AND COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> EMPOWER CLINIC SERVICES, LLC d/b/a EMPOWER PHARMACY, <br><br> Defendant. | Case No.: 4:25-cv-3464 <br><br> Related Cases: <br> 2:25-cv-02183 (D.N.J.) <br> 1:25-cv-00401 (D. Del.) <br> 4:23-cv-03521 (S.D. Tex.) <br> 3:25-cv-03534 (N.D. Cal.) <br> 4:25-cv-03535 (N.D. Cal.) <br> 4:25-cv-03536 (N.D. Cal.) <br> 2:25-cv-03570 (C.D. Cal.) <br> 1:25-cv-00664 (S.D. Ind.) |

**PLAINTIFF ELI LILLY AND COMPANY'S NOTICE OF RELATED CASES**

Pursuant to LR 5.2, Plaintiff Eli Lilly and Company discloses the following cases that may involve overlapping legal and/or factual issues with the above-captioned case and thus may be deemed to "relate" to the above captioned case:

1. Case No. 2:25-cv-02183 (U.S. District Court for the District of New Jersey), filed April 1, 2025: Eli Lilly and Company v. Empower Clinic Services, LLC d/b/a Empower Pharmacy, Empower Clinic Services New Jersey LLC d/b/a Empower Pharma.

2. Case No. 1:25-cv-00401 (U.S. District Court for the District of Delaware), filed April 1, 2025: Eli Lilly and Company v. Strive Pharmacy LLC.

3. Case No. 4:23-cv-03521 (U.S. District Court for the Southern District of Texas), filed September 19, 2023: Eli Lilly and Company v. Revive RX, LLC.

4. Case No. 3:25-cv-03534 (U.S. District Court for the Northern District of California), filed April 23, 2025: Eli Lilly and Company v. Mochi Health Corp., Mochi Medical CA P.C., Mochi Medical P.A., Aequita Pharmacy, LLC, Aequita Corporation.

5. Case No. 4:25-cv-03535 (U.S. District Court for the Northern District of California), filed April 23, 2025: Eli Lilly and Company v. Aios Inc d/b/a Fella Health and Delilah, Fella Medical Group P.A., Fella Medical Group P.C.

6. Case No. 4:25-cv-03536 (U.S. District Court for the Northern District of California), filed April 23, 2025: Eli Lilly and Company v. Adonis Health, Inc. d/b/a Henry Meds.

7. Case No. 2:25-cv-03570 (U.S. District Court for the Central District of California), filed April 23, 2025: Eli Lilly and Company v. Willow Health Services, Inc.

8. Case No. 1:25-cv-00664 (U.S. District Court for the Southern District of Indiana), filed April 7, 2025: Eli Lilly and Company v. Premier Weight Loss of Indiana, LLC d/b/a Premier Weight Loss, and Premier Weight Loss Management, LLC.

| | |
|---|---|
| Dated: July 25, 2025 | /s/ *James John Lomeo* |

                           James John Lomeo (*attorney-in-charge*)
                           Texas Bar No. 24118993
                           Southern District No. 3511238
                           KIRKLAND & ELLIS LLP
                           401 Congress Avenue
                           Austin, Texas 78701
                           Telephone: (512) 678-9101
                           Facsimile: (512) 678-9101
                           james.lomeo@kirkland.com

                           James F. Hurst (*pro hac vice forthcoming*)
                           Diana M. Watral (*pro hac vice forthcoming*)
                           Robin A. McCue (*pro hac vice forthcoming*)
                           Ryan J. Moorman (*pro hac vice forthcoming*)
                           James R.P. Hileman (*pro hac vice forthcoming*)
                           Nicholas M. Ruge (*pro hac vice forthcoming*)
                           KIRKLAND & ELLIS LLP
                           333 West Wolf Point Plaza
                           Chicago, Illinois 60654
                           Telephone: (312) 862-2000
                           Facsimile: (312) 862-2200
                           james.hurst@kirkland.com
                           diana.watral@kirkland.com
                           robin.mccue@kirkland.com
                           ryan.moorman@kirkland.com
                           jhileman@kirkland.com
                           nicholas.ruge@kirkland.com

                           Joshua L. Simmons (*pro hac vice forthcoming*)
                           Jeanna M. Wacker (*pro hac vice forthcoming*)
                           KIRKLAND & ELLIS LLP
                           601 Lexington Avenue
                           New York, New York 10022
                           Telephone: (212) 446-4800
                           Facsimile: (212) 446-4900
                           joshua.simmons@kirkland.com
                           jeanna.wacker@kirkland.com

                           David I. Horowitz (*pro hac vice forthcoming*)
                           KIRKLAND & ELLIS LLP
                           2049 Century Park East, 38th Floor
                           Los Angeles, CA 90067
                           Telephone: (310) 552-4200
                           dhorowitz@kirkland.com

Eugene Temchenko
Texas Bar No. 24118928
Southern District No. 3929004
KIRKLAND & ELLIS LLP
4550 Travis Street
Dallas, Texas 75205
Telephone: (214) 432-5072
Facsimile: (214) 972-1771
eugene.temchenko@kirkland.com

*Counsel for Plaintiff Eli Lilly and Company*

## CERTIFCATE OF SERVICE

The undersigned hereby certifies that on this 25th day of July 2025, a true and correct copy of the above was electronically filed with the Clerk of Court using the CM/ECF system, which sends notifications of such filing to all counsel of record who have consented to accept service by electronic means. In addition, the foregoing was provided to a private process server for personal service on the following:

Empower Clinic Services, LLC d/b/a Empower Pharmacy
c/o InCorp Services, Inc.
815 Brazos St., Ste 500,
Austin, Texas 78701

                                                                                     */s/ James John Lomeo*
                                                                                      James John Lomeo