IN THE UNITED STATE DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ELI LILLY AND COMPANY, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| vs. | § | Civil Action No. 4:25-cv-3464 |
| | § | |
| EMPOWER CLINIC SERVICES, LLC, | § | |
| d/b/a EMPOWER PHARMACY, | § | |
| | § | |
| *Defendant.* | § | |

**JOINT MOTION TO EXTEND RESPONSIVE PLEADING DEADLINES,
SET AGREED BRIEFING SCHEDULE, AND SET PAGE LIMITS**

Plaintiff Eli Lilly and Company ("Plaintiff") and Defendant Empower Clinic Services, L.L.C. d/b/a Empower Pharmacy ("Defendant") move to extend Defendant's responsive pleading deadlines, set an agreed briefing schedule, and set page limits for briefing. In support of this Motion, the parties state:

1. On July 25, 2025, Plaintiff filed a Complaint (the "Complaint") against Defendant.

2. Defendant received summons and a copy of the Complaint on July 28, 2025. Accordingly, Defendant would be required to respond to the Complaint on or before August 19, 2025.

3. Plaintiff's complaint is voluminous, and Plaintiff asserts ten causes of action, based on the statutory and common law of nine different states (Alaska, Colorado, Connecticut, Hawaii, North Carolina, South Carolina, Tennessee, Texas, and Washington),

1

as well as a claim under the Lanham Act.

4. Given the complexity of the case, the parties have agreed (subject to this Court's approval) to extend Defendant's deadline to answer, move, or otherwise respond to the Complaint until September 29, 2025. If Defendant files a motion to dismiss some or all of the Complaint, the parties have agreed and respectfully request that the Court enter an order approving the following briefing schedule and page limits:

> Motion to Dismiss: September 29, 2025 (limit of 40 pages)
>
> Response to Motion to Dismiss: November 17, 2025 (limit of 40 pages)
>
> Reply in Support of Motion to Dismiss: December 15, 2025 (limit of 25 pages)

5. This requested schedule should have no impact on any trial or other deadlines in this case, including the initial pretrial and scheduling conference currently set for October 31, 2025. No previous motions for extensions have been filed, and Plaintiff and Defendant agree to the relief requested herein.

6. The parties submit herewith a proposed Order setting these deadlines and page limits.

## RELIEF REQUESTED

7.  The parties respectfully request that the Court approve and enter an Order establishing the above schedule to govern Defendant's responsive pleading deadlines and briefing schedule, as agreed to by the parties.

Dated: August 7, 2025

Respectfully submitted,

By: */s/ Geoff A. Gannaway*
Geoff A. Gannaway (*attorney-in-charge*)
Texas State Bar No. 24036617
Federal I.D. No. 37039
David J. Beck
Texas Bar No. 00000070
Federal I.D. No. 16605
BECK REDDEN LLP
1221 McKinney Street, Suite 4500
Houston, Texas 77010
Telephone 713.951.3700
Fax 713.951.3720
ggannaway@beckredden.com
dbeck@beckredden.com

Rachael G. Pontikes (*pro hac vice forthcoming*)
BLANK ROME LLP
444 West Lake Street, Suite 1650
Chicago, IL 60606
312.776.2587
rachael.pontikes@blankrome.com

Shannon E. McClure (*pro hac vice forthcoming*)
BLANK ROME LLP
One Logan Square
130 N. 18th Street
Philadelphia, PA 19103
215.569.5586
shannon.mcclure@blankrome.com

**Attorneys for Defendant**

By: */s/ James John Lomeo*
James John Lomeo (*attorney-in-charge*)
Texas State Bar No. 24118993
Federal I.D. No. 3511238
KIRKLAND & ELLIS LLP
401 Congress Avenue
Austin, Texas 78701
512.678.9101
james.lomeo@kirkland.com

James F. Hurst (*pro hac vice forthcoming*)
Diana M. Watral (*pro hac vice forthcoming*)
Robin A. McCue (*pro hac vice forthcoming*)
Ryan J. Moorman (*pro hac vice forthcoming*)
James R.P. Hileman (*pro hac vice forthcoming*)
Nicholas M. Ruge (*pro hac vice forthcoming*)
KIRKLAND & ELLIS LLP
333 West Wolf Point Plaza
Chicago, Illinois 60654
312.862.2000
james.hurst@kirkland.com
diana.watral@kirkland.com
robin.mccue@kirkland.com
ryan.moorman@kirkland.com
jhileman@kirkland.com
nicholas.ruge@kirkland.com

Joshua L. Simmons (*pro hac vice forthcoming*)
Jeanna M. Wacker (*pro hac vice forthcoming*)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
212.446.4800
joshua.simmons@kirkland.com
jeanna.wacker@kirkland.com

**Attorneys for Plaintiff**

4

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was served on all counsel of record on this 7th day of August, 2025, via the Courts Electronic Filing System.

*/s/ Geoff A. Gannaway*
Geoff A. Gannaway
