IN THE UNITED STATE DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ELI LILLY AND COMPANY, | § § | |
| *Plaintiff,* | § § | |
| vs. | § § | Civil Action No. 4:25-cv-3464 |
| EMPOWER CLINIC SERVICES, LLC, d/b/a EMPOWER PHARMACY, | § § § § | |
| *Defendant.* | § § | |

**ORDER GRANTING JOINT MOTION TO EXTEND RESPONSIVE PLEADING DEADLINES, SET AGREED BRIEFING SCHEDULE, AND SET PAGE LIMITS**

Having considered the Joint Motion to Extend Responsive Pleading Deadlines, Set Agreed Briefing Schedule, and Set Page Limits, the Court finds that the Motion should be and hereby is **GRANTED**. It is therefore,

**ORDERED** that the deadline for Defendant to answer, move, or otherwise respond to the Complaint is extended to September 29, 2025; it is further

**ORDERED** that if Defendant files a motion to dismiss some or all of the Complaint, the motion to dismiss is due on or before September 29, 2025, and is limited to 40 pages; it is further

**ORDERED** that Plaintiff's response to the motion to dismiss is due on or before November 17, 2025, and is limited to 40 pages; it is further

**ORDERED** that Defendant's reply in support of the motion to dismiss is due on or before December 15, 2025, and is limited to 25 pages.

**ENTERED** at Houston, Texas, this ___ day of August, 2025.

_____
HONORABLE SIM LAKE
UNITED STATES DISTRICT JUDGE