United States District Court
Southern District of Texas
**ENTERED**
August 08, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATE DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ELI LILLY AND COMPANY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | Civil Action No. 4:25-cv-3464 |
| | § | |
| EMPOWER CLINIC SERVICES, LLC, | § | |
| d/b/a EMPOWER PHARMACY, | § | |
| | § | |
| Defendant | § | |

## ORDER GRANTING JOINT MOTION TO EXTEND RESPONSIVE PLEADING DEADLINES, SET AGREED BRIEFING SCHEDULE, AND SET PAGE LIMITS

Having considered the Joint Motion to Extend Responsive Pleading Deadlines, Set Agreed Briefing Schedule, and Set Page Limits, the Court finds that the Motion should be and hereby is **GRANTED**. It is therefore,

**ORDERED** that the deadline for Defendant to answer, move, or otherwise respond to the Complaint is extended to September 29, 2025; it is further

**ORDERED** that if Defendant files a motion to dismiss some or all of the Complaint, the motion to dismiss is due on or before September 29, 2025, and is limited to 40 pages; it is further

**ORDERED** that Plaintiff's response to the motion to dismiss is due on or before November 17, 2025, and is limited to 40 pages; it is further

**ORDERED** that Defendant's reply in support of the motion to dismiss is due on or before December 15, 2025, and is limited to 25 pages.

SIGNED at Houston, Texas, on this __8th__ day of __AUGUST__, 2025

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE