IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ELI LILLY AND COMPANY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 4:25-cv-3464-SL |
| | ) |
| EMPOWER CLINIC SERVICES, LLC d/b/a | ) |
| EMPOWER PHARMACY, | ) |
| | ) |
| Defendant. | ) |

## DISCLOSURE OF INTERESTED PARTIES

Pursuant to this Court's Order for Conference and Disclosure of Interested Parties (Dkt. 14), counsel for Plaintiff Eli Lilly and Company identifies the following entities that are financially interested in this litigation:

1. <u>Plaintiff Eli Lilly and Company</u>, a corporation organized and existing under the laws of Indiana and has its principal place of business in Indiana.

2. Defendant Empower Clinic Services, LLC (d/b/a Empower Pharmacy), a Texas limited liability company with a principal place of business at 7601 North Sam Houston Parkway, Suite 100, Houston, Texas, 77064.

| | |
|---|---|
| Dated: August 12, 2025 | /s/ *James John Lomeo* |
| | James John Lomeo (*attorney-in-charge*) |
| | Texas Bar No. 24118993 |
| | Southern District No. 3511238 |
| | KIRKLAND & ELLIS LLP |
| | 401 Congress Avenue |
| | Austin, Texas 78701 |
| | Telephone: (512) 678-9101 |
| | Facsimile: (512) 678-9101 |
| | james.lomeo@kirkland.com |
| | |
| | James F. Hurst (*pro hac vice*) |
| | Diana M. Watral (*pro hac vice*) |
| | Robin A. McCue (*pro hac vice*) |
| | Ryan J. Moorman (*pro hac vice*) |
| | James R.P. Hileman (*pro hac vice*) |
| | Nicholas M. Ruge (*pro hac vice*) |
| | KIRKLAND & ELLIS LLP |
| | 333 West Wolf Point Plaza |
| | Chicago, Illinois 60654 |
| | Telephone: (312) 862-2000 |
| | Facsimile: (312) 862-2200 |
| | james.hurst@kirkland.com |
| | diana.watral@kirkland.com |
| | robin.mccue@kirkland.com |
| | ryan.moorman@kirkland.com |
| | jhileman@kirkland.com |
| | nicholas.ruge@kirkland.com |
| | |
| | Joshua L. Simmons (*pro hac vice*) |
| | Jeanna M. Wacker (*pro hac vice*) |
| | KIRKLAND & ELLIS LLP |
| | 601 Lexington Avenue |
| | New York, New York 10022 |
| | Telephone: (212) 446-4800 |
| | Facsimile: (212) 446-4900 |
| | joshua.simmons@kirkland.com |
| | jeanna.wacker@kirkland.com |
| | |
| | David I. Horowitz (*pro hac vice*) |
| | KIRKLAND & ELLIS LLP |
| | 2049 Century Park East, 38th Floor |
| | Los Angeles, CA 90067 |
| | Telephone: (310) 552-4200 |
| | dhorowitz@kirkland.com |

Eugene Temchenko
Texas Bar No. 24118928
Southern District No. 3929004
KIRKLAND & ELLIS LLP
4550 Travis Street
Dallas, Texas 75205
Telephone: (214) 432-5072
Facsimile: (214) 972-1771
eugene.temchenko@kirkland.com

*Counsel for Plaintiff Eli Lilly and Company*

## CERTIFICATE OF SERVICE

      I hereby certify that on August 12, 2025, a true and correct copy of this document was served via the Court's electronic case filing system (CM/ECF) to all parties registered to receive such notice in the above captioned case.

                                            */s/ James John Lomeo*
                                            James John Lomeo