IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ELI LILLY AND COMPANY, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| vs. | § | Civil Action No. 4:25-cv-3464 |
| | § | |
| EMPOWER CLINIC SERVICES, | § | |
| L.L.C. d/b/a EMPOWER PHARMACY, | § | |
| | § | |
| *Defendant.* | § | |

# DISCLOSURE OF INTERESTED PARTIES

Pursuant to this Court's Order for Conference and Disclosure of Interested Parties (Dkt. 14) counsel for Defendant Empower Clinic Services, L.L.C. d/b/a Empower Pharmacy ("Empower") identifies the following entities that are financially interested in this litigation:

1. <u>Plaintiff Eli Lilly and Company</u>, a corporation organized and existing under the laws of Indiana and has its principal place of business in Indiana.

2. Defendant Empower Clinic Services, L.L.C. (d/b/a Empower Pharmacy), a Texas limited liability company with a principal place of business at 7610 North Sam Houston Parkway, Suite 100, Houston, Texas 77064. Empower is a privately held company, it has no parent corporation, and no publicly traded company owns more than 10% of its stock. Empower further discloses that it has two members: (1) SN Trust, a traditional trust, the trustee of which is Mr. Arta Shaun Noorian, a citizen of Texas; and (2) EWS Gift Trust, a traditional

1

trust, the trustee of which is Bessemer Trust Company, N.A., a national banking association that is a citizen of New York, where its main office is located.

Dated: August 22, 2025

Respectfully submitted,

By: */s/ Geoff A. Gannaway*
Geoff A. Gannaway (*attorney-in-charge*)
Texas State Bar No. 24036617
Federal I.D. No. 37039
David J. Beck
Texas Bar No. 00000070
Federal I.D. No. 16605
BECK REDDEN LLP
1221 McKinney Street, Suite 4500
Houston, Texas 77010
Telephone 713.951.3700
Fax 713.951.3720
ggannaway@beckredden.com
dbeck@beckredden.com

Rachael G. Pontikes (*pro hac vice forthcoming*)
BLANK ROME LLP
444 West Lake Street, Suite 1650
Chicago, IL 60606
312.776.2587
rachael.pontikes@blankrome.com

Shannon E. McClure (*pro hac vice forthcoming*)
BLANK ROME LLP
One Logan Square
130 N. 18th Street
Philadelphia, PA 19103
215.569.5586
shannon.mcclure@blankrome.com

**Attorneys for Defendant**

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was served on all counsel of record on this 22nd day of August, 2025, via the Courts Electronic Filing System.

*/s/ Geoff A. Gannaway*
