**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| ELI LILLY AND COMPANY, | |
| Plaintiff, | |
| vs. | Civil Action No. 4:25-cv-03464 |
| EMPOWER CLINIC SERVICES, L.L.C. d/b/a EMPOWER PHARMACY, | Hon. Sim Lake |
| Defendant. | |

**DECLARATION OF SUSAN DEWEY REGARDING EXHIBITS TO MOTION TO
DISMISS FOR FAILURE TO STATE A CLAIM**

| | |
|---|---|
| STATE OF ILLINOIS | § |
| | § |
| COUNTY OF DUPAGE | § |

1.      My name is Susan Dewey.  I am over 18 years of age.  I am of sound mind and competent to make this Declaration.  I have personal knowledge of the facts stated herein, all of which are true and correct.

2.      I am an attorney, and have been licensed to practice law in the State of Illinois since November 2015. I am counsel for Defendant Empower Clinic Services, L.L.C. d/b/a Empower Pharmacy ("Empower") in the above-captioned case.

3.      I certify that each of the following exhibits accompanying Empower's Motion to Dismiss for Failure to State a Claim is a true, authentic, accurate, and correct copy, as indicated below for each exhibit:

   a.  **Exhibit A**: A true, authentic, accurate, and correct copy of the publication "Prescription Requirement Under Section 503A of the Federal Food, Drug, and

Cosmetic Act, Guidance for Industry," published by the Food and Drug Administration (FDA), Center for Drug Evaluation and Research (CDER), available at https://www.fda.gov/media/97347/download (last visited September 29, 2025).

b. **Exhibit B**: A true, authentic, accurate, and correct copy of the publication "FDA Form 483 Frequently Asked Questions," published by the FDA, available at https://www.fda.gov/inspections-compliance-enforcement-and-criminal-investigations/inspection-references/fda-form-483-frequently-asked-questions (last visited September 29, 2025).

c. **Exhibit C**: A true, authentic, accurate, and correct copy of the publication "FDA clarifies policies for compounders as national GLP-1 supply begins to stabilize," published by the FDA, available at https://www.fda.gov/drugs/drug-safety-and-availability/fda-clarifies-policies-compounders-national-glp-1-supply-begins-stabilize (last visited September 29, 2025).

d. **Exhibit D**: A true, authentic, accurate, and correct copy of the publication "Compounded Drug Products That Are Essentially Copies of a Commercially Available Drug Product Under Section 503A of the Federal Food, Drug, and Cosmetic Act, Guidance for Industry," published by the FDA, available at https://www.fda.gov/files/drugs/published/Compounded-Drug-Products-That-Are-Essentially-Copies-of-a-Commercially-Available-Drug-Product-Under-Section-503A-of-the-Federal-Food--Drug--and-Cosmetic-Act-Guidance-for-Industry.pdf (last visited September 29, 2025).

e. **Exhibit E**: A true, authentic, accurate, and correct copy of Empower's Alaska

- 2 -

Pharmacy license obtained from the Alaska Department of Commerce, Community, and Economic Development, Department of Corporation, Business & Professional Licensing's Website, available at:

https://www.commerce.alaska.gov/cbp/main/Search/Professional    (last    visited September 28, 2025).

f.  **Exhibit F**: A true, authentic, accurate, and correct copy of Empower's Colorado Pharmacy License obtained from the Colorado Department of Regulatory Agencies, Division of Professions and Occupations' Website, available at https://apps2.colorado.gov/dora/licensing/lookup/licenselookup.aspx (last visited September 28, 2025).

g.  **Exhibit G**: A true, authentic, accurate, and correct copy of Empower's Connecticut Pharmacy license obtained from the Connecticut Department of Consumer Protection's Website, available at:

https://elicense.ct.gov/Lookup/LicenseLookup.aspx (last visited September 28, 2025).

h.  **Exhibit H**: A true, authentic, accurate, and correct copy of Empower's Hawaii Pharmacy license obtained from the Hawaii Department of Commerce and Consumer Affairs, Professional & Vocational License Division's Website, available at https://mypvl.dcca.hawaii.gov/public-license-search/ (last visited September 28, 2025).

i.  **Exhibit I**: A true, authentic, accurate, and correct copy of Empower's North Carolina Pharmacy license obtained from the North Carolina Board of Pharmacy's Website, available at https://portal.ncbop.org/verification/search.aspx (last visited

September 28, 2025).

j. **Exhibit J**: A true, authentic, accurate, and correct copy of Empower's South Carolina Pharmacy license obtained from the South Carolina Department of Labor, Licensing, and Regulation's Website, available at https://verify.llronline.com/LicLookup/Pharmacy/Pharmacy2.aspx?LicNum=15188&cdi=620&bk=09a6d369-cffc-4bc2-ad33-508b333b7ba6-249b9 (last visited September 28, 2025).

k. **Exhibit K**: A true, authentic, accurate, and correct copy of Empower's Tennessee Pharmacy license obtained from the Tennessee Department of Health's Website, available at https://internet.health.tn.gov/FacilityListings (last visited September 28, 2025).

l. **Exhibit L**: A true, authentic, accurate, and correct copy of Empower's Texas Pharmacy license obtained from the Texas State Board of Pharmacy's Licensing Verification Website, available at https://www.pharmacy.texas.gov/dbsearch/phy_zoom.asp?id=26444 (last visited September 28, 2025).

m. **Exhibit M**: A true, authentic, accurate, and correct copy of Empower's Washington Pharmacy license obtained from the Washington State Department of Health's Website, available at https://fortress.wa.gov/doh/facilitysearch/ (last visited September 28, 2025).

n. **Exhibit N**: Upon granting of a motion for leave to file under seal, Empower will file as Exhibit N a true, authentic, accurate, and correct copy of the transcript from the August 28, 2025 hearing on Defendants' Motion to Dismiss in Eli Lilly & Co.

- 4 -

v. Mochi Health Corp., Case No. 25-3534 (N.D. Cal. Aug. 28, 2025).  Blank Rome

serves as counsel for Mochi Health Corporation in that lawsuit.

o.  **Exhibit O**: A true, authentic, accurate, and correct copy of the Product Overview

webpage for Tirzepatide/Niacinamide Injection, published by Empower Pharmacy,

previously available at:

> https://web.archive.org/web/20250227142821/https://www.
>
> empowerpharmacy.com/compounding-
>
> pharmacy/tirzepatide-niacinamide-injection/

Because of the dynamic nature of elements on the website, the images in **Exhibit**

**O** are still image captures taken directly from the foregoing website.  The foregoing

website is the same website referenced in footnote 72 of the Complaint (ECF No.

1), which the Complaint states was last visited on March 21, 2025.  Since then,

Empower has made modifications to this page of its website. Therefore, the

foregoing website was accessed, and images were captured, using the Internet

Archive and reflect the foregoing website as of February 27, 2025.

p.  **Exhibit P**: A true, authentic, accurate, and correct copy of the Product Overview

webpage for Tirzepatide ODT, published by Empower Pharmacy, previously

available at:

> https://web.archive.org/web/20250221181634/https://www.empowerpharm
>
> acy.com/compounding-pharmacy/tirzepatide-odt/

Because of the dynamic nature of elements on the website, the images in **Exhibit**

**P** are still image captures taken directly from the foregoing website.  The foregoing

website is the same website referenced in footnote X of the Complaint (ECF No.

1), which the Complaint states was last visited on March 21, 2025.  Since then, Empower has made modifications to this page of its website. Therefore, the foregoing website was accessed, and images were captured, using the Internet Archive and reflect the foregoing website as of February 21, 2025.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 29, 2025.

_____
Susan Dewey