# Exhibit N

**Subject to a pending Motion to File Under Seal, and will be filed if the Court Grants that Motion**