UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ELI LILLY AND COMPANY,<br><br>　Plaintiff,<br><br>vs.<br><br>EMPOWER CLINIC SERVICES, L.L.C.<br>d/b/a EMPOWER PHARMACY,<br><br>　Defendant. | Civil Action No. 4:25-cv-03464<br><br>Hon. Sim Lake |

### ORDER GRANTING MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM

CAME ON THIS DAY FOR CONSIDERATION Defendant Empower Clinic Services, L.L.C. d/b/a Empower Pharmacy's Motion to Dismiss Plaintiff's Complaint for Failure to State a Claim ("Motion to Dismiss"). After considering the Motion to Dismiss, the response, and the reply, it is the opinion of this Court that the Motion to Dismiss should be GRANTED. IT IS THEREFORE ORDERED that the Motion to Dismiss is GRANTED and that this civil action is hereby DISMISSED WITH PREJUDICE.

_____
SIM LAKE
UNITED STATES DISTRICT JUDGE