United States District Court
Southern District of Texas
**ENTERED**
September 30, 2025
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| ELI LILLY AND COMPANY, <br><br> Plaintiff, <br><br> vs. <br><br> EMPOWER CLINIC SERVICES, L.L.C. d/b/a EMPOWER PHARMACY, <br><br> Defendant. | Civil Action No. 4:25-cv-03464 <br><br> Hon. Sim Lake |

### ORDER GRANTING UNOPPOSED MOTION TO FILE UNDER SEAL EXHIBIT N TO MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM

The Court, having considered Defendant Empower Clinic Services, L.L.C. d/b/a Empower Pharmacy's Unopposed Motion to File Under Seal Exhibit N in support of its Motion to Plaintiff's Complaint for Failure to State a Claim, hereby **GRANTS** leave to Empower Pharmacy to file the transcript of the August 28, 2025 hearing on a motion to dismiss in *Eli Lilly & Co v Mochi Health Corp.*, No. 25-3534 (N.D. Cal.) **UNDER SEAL** as Exhibit N.

Date: September 30, 2025

SIM LAKE
UNITED STATES DISTRICT JUDGE