**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| ELI LILLY AND COMPANY, | |
| Plaintiff, | |
| v. | Civil Action No. 4:25-cv-3464 |
| EMPOWER CLINIC SERVICES, LLC d/b/a EMPOWER PHARMACY, | |
| Defendant. | |

## DOCKET CONTROL ORDER

This case will be controlled by the following schedule:

1.    June 5, 2026          **MOTIONS TO AMEND THE PLEADINGS**

2.    June 5, 2026          **MOTIONS TO ADD NEW PARTIES**
The attorney causing the addition of new parties will provide copies of this order and all orders previously entered in the case to new parties.

3.    November 6, 2026          **AFFIRMATIVE EXPERT REPORTS**
Identification of experts by the party with the burden of proof on the issue and production of experts' reports in the form required by Fed. R. Civ. P. 26(a)(2)(B). Attorney's fee experts and reports may be included in the Joint Pretrial Order.

4.    December 4, 2026          **DEFENSIVE EXPERT REPORTS**
Identification of responsive experts and production of experts' reports in the form required by Fed. R. Civ. P. 26(a)(2)(B). Attorney's fee experts and reports may be included in the Joint Pretrial Order.

5.     January 22, 2027        **COMPLETION OF DISCOVERY**
Written discovery requests are not timely if they are filed so close to this deadline that the recipient would not be required under the federal rules of civil procedures to respond until after the deadline.

6.     February 5, 2027        **PRIVATE MEDIATION OR SETTLEMENT CONFERENCE**
Dispositive motions will be due thirty (30) days after the mediator or magistrate judge declares an impasse.

7.     March 5, 2027        **DISPOSITIVE MOTIONS**

8.     May 28, 2027        **ALL OTHER PRETRIAL MOTIONS INCLUDING MOTIONS IN LIMINE**

9.     May 28, 2027        **JOINT PRETRIAL ORDER**
Plaintiff is responsible for timely filing the complete joint pretrial order. The court will not accept separate versions of the pretrial order.

10.    July 9, 2027 3:00 P.M.        **DOCKET CALL**
No instrument filed within three days of docket call will be considered.  All pending motions may be ruled on at docket call, and the case will be set for trial if the complete joint pretrial order has been filed.

_____
Date

_____
Sim Lake
Senior United States District Judge