United States District Court
Southern District of Texas
**ENTERED**
October 22, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

UNITED STATES OF AMERICA

v.                                                                    Cr. No. H-23-194

MARCUS TYLER WASHINGTON

## ORDER

Having considered the Defendant's Unopposed Motion to Continue Supervised Release Hearing, the Court GRANTS the motion.

The revocation hearing in this matter is continued to __December 12__, 2025 at __2:00__ ~~am~~/ pm.

SIGNED at Houston, Texas, on the __22d__ day of __October__ 2025.

_____
Honorable Sim Lake
United States District Judge