

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| ELI LILLY AND COMPANY | § | |
| | § | |
| V. | § | CIVIL ACTION NO. H-25-3464 |
| | § | |
| EMPOWER CLINIC SERVICES, LLC | § | |
| d/b/a Empower Pharmacy | § | |

## <mark>NOTICE OF CANCELLATION</mark>

This case has been **CANCELLED** for the following before Senior United States District Judge Sim Lake until further notice:

### INITIAL PRETRIAL AND SCHEDULING CONFERENCE

Date:        October 31, 2025

Time:        2:00 p.m.

Place:        515 Rusk
              Courtroom 9-B, 9th Floor
              Houston, Texas

To:          All Parties of Record

For inquiries regarding the above setting please contact:

Sheila R. Anderson,
Case Manager for
Senior United States District Judge Sim Lake

sheila_r_anderson@txs.uscourts.gov

October 23, 2025