## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| ELI LILLY AND COMPANY,<br><br>  Plaintiff,<br><br>  vs.<br><br>EMPOWER CLINIC SERVICES, L.L.C.<br>d/b/a EMPOWER PHARMACY,<br><br>  Defendant. | Civil Action No. 4:25-cv-03464<br><br>Hon. Sim Lake |

## ORDER GRANTING DEFENDANT EMPOWER CLINIC SERVICES, L.L.C. D/B/A EMPOWER PHARMACY'S MOTION TO STAY DISCOVERY

CAME ON THIS DAY FOR CONSIDERATION Defendant Empower Clinic Services, L.L.C. d/b/a Empower Pharmacy's Motion to Stay Discovery (the "Motion"). After considering the Motion, the response, and the reply, if any, it is the opinion of this Court that the Motion has merit and it is hereby GRANTED.

IT IS THEREFORE ORDERED that discovery in this civil action is hereby STAYED pending a ruling on Defendant Empower Clinic Services, L.L.C. d/b/a Empower Pharmacy's Motion to Dismiss Plaintiff's Complaint for Failure to State a Claim (Dkt. No. 34).

_____
SIM LAKE
UNITED STATES DISTRICT JUDGE