# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| ELI LILLY AND COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> EMPOWER CLINIC SERVICES, LLC d/b/a EMPOWER PHARMACY, <br><br> Defendant. | Case No. 4:25-cv-03464 <br><br> Hon. Sim Lake |

## DECLARATION OF JAMES JOHN LOMEO IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO STAY DISCOVERY

I, James John Lomeo, declare as follows:

1. I am a member in good standing with the State Bar of Texas and a partner at the law firm Kirkland & Ellis LLP, counsel of record for Plaintiff Eli Lilly and Company ("Lilly") in the above captioned action. I make this declaration in support of Lilly's Opposition to Empower Clinic Services, LLC d/b/a Empower Pharmacy's ("Empower") Motion to Stay Discovery. I have personal knowledge of the facts stated herein, and, if called to testify as a witness, I could and would testify thereto.

2. Attached hereto as Exhibit A is a true and correct copy of the November 11, 2025, Draft Transcript of Hearing before Judge Lee H. Rosenthal in *Eli Lilly & Co. v. Revive RX, LLC*, No. 4:23-cv-03521 (S.D. Tex. Nov. 12, 2025), Dkt. No. 82.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on November 14, 2025, in Austin, Texas.

/s/ *James John Lomeo*
James John Lomeo

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 14, 2025, a copy of the above and foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which serves a copy upon all counsel who have consented to accept service by electronic means.

/s/ *James John Lomeo*
James John Lomeo