UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ELI LILLY AND COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>EMPOWER CLINIC SERVICES, LLC d/b/a EMPOWER PHARMACY,<br><br>Defendant. | Civil Action No. 4:25-cv-3464 |

**DEFENDANT EMPOWER CLINIC SERVICES, L.L.C. D/B/A EMPOWER PHARMACY'S NOTICE OF INTENT TO FILE RESPONSE IN OPPOSITION TO PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY**

Defendant Empower Clinic Services, L.L.C. d/b/a Empower Pharmacy ("Empower Pharmacy") hereby provides notice to the Court that, on or before January 5, 2026, Empower Pharmacy intends to file a response in opposition to Plaintiff Eli Lilly & Co.'s Notice of Supplemental Authority filed December 23, 2025.

Dated: December 29, 2025

Respectfully submitted,

**BECK REDDEN LLP**

By:  */s/ Geoff A. Gannaway*
Geoff A. Gannaway (*Attorney-in-Charge*)
Texas Bar No. 24036617
Federal I.D. No. 37039
ggannaway@beckredden.com
David J. Beck
Texas Bar No. 00000070
Federal I.D. No. 16605
dbeck@beckredden.com
1221 McKinney Street, Suite 4500
Houston, Texas 77010
Telephone: (713) 951-3700
Facsimile: (713) 951-3720

**BLANK ROME LLP**
*A Pennsylvania LLP*

    Shannon E. McClure (*Pro Hac Vice*)
    Shannon.McClure@BlankRome.com
    One Logan Square
    130 N. 18th Street
    Philadelphia, Pennsylvania 19103
    Telephone: (215) 569-5586

    Rachael Pontikes (*Pro Hac Vice*)
    Rachael.Pontikes@BlankRome.com
    444 West Lake Street, Suite 1650
    Chicago, Illinois 60606
    Phone: (312) 776-2587

**H**YMAN, **P**HELPS & **M**C**N**AMARA**, P.C.**

    Karla L. Palmer (*Pro Hac Vice*)
    kpalmer@hpm.com
    1101 K Street N.W., Suite 700
    Washington, DC 20005
    Telephone: (202) 737-7542

**ATTORNEYS FOR DEFENDANT**
**EMPOWER CLINIC SERVICES, L.L.C. d/b/a**
**EMPOWER PHARMACY**

<u>**CERTIFICATE OF SERVICE**</u>

  I hereby certify that a true and correct copy of the foregoing document was served on all counsel of record on this 29th day of December 2025, via the Court's Electronic Filing System.

          <u>*/s/ Geoff A. Gannaway*  </u>

2