## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

|  |  |
|---|---|
| ELI LILLY AND COMPANY,<br><br>     Plaintiff,<br><br>v.<br><br>EMPOWER CLINIC SERVICES, LLC d/b/a<br>EMPOWER PHARMACY,<br><br>     Defendant. | Civil Action No. 4:25-cv-3464 |

## DEFENDANT EMPOWER PHARMACY'S NOTICE OF INTENT TO FILE RESPONSE TO PLAINTIFFS' FEBRUARY 18, 2026 RESPONSE TO EMPOWER PHARMACY'S <u>NOTICE OF SUPPLEMENTAL AUTHORITY</u>

Empower hereby provides notice to the Court that, on or before February 26, 2026, Empower intends to file a brief response to Plaintiff Eli Lilly & Co.'s Response to Empower's Notice of Supplemental Authority filed February 18, 2026 ("Notice"). Empower's Notice was limited to the recent Central District of California ruling dismissing the *Willow* case with prejudice. Lilly's Response was not limited to a discussion of *Willow*; instead, Lilly included new information unrelated to Empower's *Willow*-related Notice.

3034881

Date: February 20, 2026                     Respectfully submitted,

                                            **BECK REDDEN LLP**

                                            By:     */s/ Geoff A. Gannaway*
                                                    Geoff A. Gannaway (*Attorney-in-Charge*)
                                                    Texas Bar No. 24036617
                                                    Federal I.D. No. 37039
                                                    ggannaway@beckredden.com
                                                    David J. Beck
                                                    Texas Bar No. 00000070
                                                    Federal I.D. No. 16605
                                                    dbeck@beckredden.com
                                                    1221 McKinney Street, Suite 4500
                                                    Houston, Texas 77010
                                                    Telephone: (713) 951-3700
                                                    Facsimile: (713) 951-3720

                                            **BLANK ROME LLP**
                                            *A Pennsylvania LLP*

                                                    Shannon E. McClure (*Pro Hac Vice*)
                                                    Shannon.McClure@BlankRome.com
                                                    One Logan Square
                                                    130 N. 18th Street
                                                    Philadelphia, Pennsylvania 19103
                                                    Telephone: (215) 569-5586

                                                    Rachael Pontikes (*Pro Hac Vice*)
                                                    Rachael.Pontikes@BlankRome.com
                                                    444 West Lake Street, Suite 1650
                                                    Chicago, Illinois 60606
                                                    Phone: (312) 776-2587

                                            **HYMAN, PHELPS & MCNAMARA, P.C.**

                                                    Karla L. Palmer (*Pro Hac Vice*)
                                                    kpalmer@hpm.com
                                                    1101 K Street N.W., Suite 700
                                                    Washington, DC 20005
                                                    Telephone: (202) 737-7542

                                            **ATTORNEYS FOR DEFENDANT
                                            EMPOWER CLINIC SERVICES, L.L.C. d/b/a
                                            EMPOWER PHARMACY**

3034881

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing document was served on all counsel of record on February 20, 2026, via the Court's Electronic Filing System.

*/s/ Geoff A. Gannaway*

3034881