# EXHIBIT 7

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

ELI LILLY AND COMPANY,

       Plaintiff,

   vs.

EMPOWER CLINIC SERVICES, LLC
D/B/A EMPOWER PHARMACY,

       Defendant.

Case No. 4:25–cv–03464

Complaint Filed: July 25, 2025

Judge: Hon. Sim Lake

## ELI LILLY AND COMPANY'S INITIAL DISCLOSURES

Plaintiff Eli Lilly and Company ("Lilly"), by and through its undersigned counsel, submits its Initial Disclosures pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure to Defendant Empower Clinic Services, LLC D/B/A Empower Pharmacy ("Defendant" or "Empower") based upon information reasonably available to Lilly at this time. Continuing investigation and discovery may alter these disclosures. Lilly reserves the right to add to and/or amend these Initial Disclosures as appropriate and necessary and as additional information becomes available.

By making these disclosures, Lilly does not represent that it is identifying every document, tangible thing, or witness possibly relevant to this lawsuit. Nor does Lilly waive its right to object to production of any document or tangible thing disclosed on the basis of any privilege, the work product doctrine, relevancy, undue burden, confidentiality, or any other valid objection. Rather, Lilly's disclosures represent a good faith effort to identify information it reasonably believes is discoverable and which may be used to support its claims or defenses as required by Rule 26(a)(1).

Lilly expressly reserves the right to supplement or modify these Initial Disclosures as this action progresses and more information is obtained.

Finally, Lilly's disclosures are made without waiving or relinquishing in any way its right to object (1) on the grounds of competency, privilege, relevancy and materiality, hearsay, or any other proper ground, to the use of any such information, for any purpose, in whole or in part, in any subsequent proceeding, in this action or any other action; and (2) on any and all grounds, at any time, to any other discovery request or proceeding involving or relating to the subject matter of these disclosures.

All of the following disclosures are made subject to the above objections and qualifications.

## I.    INDIVIDUALS LIKELY TO HAVE DISCOVERABLE INFORMATION

Pursuant to Rule 26(a)(1)(A)(i), the following list sets forth the names of those individuals that Lilly presently has reason to believe are likely to have discoverable information that Lilly may use to support its claims or defenses. By indicating the general subject matter of information an individual may possess, Lilly does not limit its right to call that individual to testify concerning other subjects. In making these disclosures, Lilly does not waive its right to object, pursuant to the applicable Local and Federal Rules, to the deposition testimony of the individuals listed below. By identifying these witnesses in this disclosure, Lilly does not represent or agree that these witnesses are subject to a subpoena from any federal district court, are available for deposition, or are available to testify at trial. To the extent the following individuals are current or former employees, advisors, agents, officers, or directors of Lilly or its affiliates, they should be contacted only through counsel c/o Kirkland & Ellis LLP, 4550 Travis Street, Dallas, TX 75205.

Lilly's investigation continues, and Lilly anticipates that further individuals may be identified during pretrial discovery. Lilly reserves the right to identify additional individuals at a

later date, including any witnesses identified in Defendant's Rule 26 disclosures and/or any witness identified in any of Defendant's discovery responses in this action. Further, the following list does not include expert witnesses, and Lilly reserves the right to designate such experts pursuant to Rule 26(a)(2) of the Federal Rules of Civil Procedure and to call these witnesses at any trial of this action.

| Name | Subjects of Information |
|---|---|
| Arta Shaun Noorian (Empower Pharmacy)<br><br>c/o<br>Anthony J. Calamunci<br>FISHER BROYLES<br>6800 W. Central Avenue, Suite E<br>Toledo, Ohio 43617<br>Telephone: (567) 455-5257 | The allegations in the Complaint; Defendant's tirzepatide drugs, including oral and injectable formulations; Defendant's compounding, manufacturing, quality, and safety practices; Defendant's mass manufacturing of unapproved tirzepatide products; Defendant's sales volumes, revenues, profits, and other financial data related to tirzepatide products; Defendant's order-fulfillment practices, prescriptions received, and distribution of tirzepatide products; Defendant's API and ingredient sourcing and supplier relationships; FDA inspections, Form 483 observations, warning letters, and regulatory compliance; state regulatory proceedings, disciplinary actions, and consent decrees; product recalls; customer and patient complaints, feedback, and adverse event reports; research, testing, or clinical studies conducted by Defendant on its compounded drugs; consumer confusion between Lilly's FDA-approved medicines and Defendant's compounded products. |

| | |
|---|---|
| Jules D'Souza<br>(Empower Pharmacy)<br><br>c/o<br>Anthony J. Calamunci<br>FISHER BROYLES<br>6800 W. Central Avenue, Suite E<br>Toledo, Ohio 43617<br>Telephone: (567) 455-5257 | The allegations in the Complaint; Defendant's tirzepatide drugs, including oral and injectable formulations; Defendant's compounding, manufacturing, quality, and safety practices; Defendant's mass manufacturing of unapproved tirzepatide products; Defendant's order-fulfillment practices, prescriptions received, and distribution of tirzepatide products; Defendant's API and ingredient sourcing and supplier relationships; FDA inspections, Form 483 observations, warning letters, and regulatory compliance; state regulatory proceedings, disciplinary actions, and consent decrees; product recalls; customer and patient complaints, feedback, and adverse event reports; research, testing, or clinical studies conducted by Defendant on its compounded drugs. |
| Jose Gomez<br>(Empower Pharmacy)<br><br>c/o<br>Anthony J. Calamunci<br>FISHER BROYLES<br>6800 W. Central Avenue, Suite E<br>Toledo, Ohio 43617<br>Telephone: (567) 455-5257 | The allegations in the Complaint; Defendant's tirzepatide drugs, including oral and injectable formulations; Defendant's compounding, manufacturing, quality, and safety practices; Defendant's mass manufacturing of unapproved tirzepatide products; Defendant's API and ingredient sourcing and supplier relationships; FDA inspections, Form 483 observations, warning letters, and regulatory compliance; state regulatory proceedings, disciplinary actions, and consent decrees; product recalls; customer and patient complaints, feedback, and adverse event reports; research, testing, or clinical studies conducted by Defendant on its compounded drugs. |

| | |
|---|---|
| Jordan Cuccia<br>(Empower Pharmacy)<br><br>c/o<br>Anthony J. Calamunci<br>FISHER BROYLES<br>6800 W. Central Avenue, Suite E<br>Toledo, Ohio 43617<br>Telephone: (567) 455-5257 | The allegations in the Complaint; Defendant's tirzepatide drugs, including oral and injectable formulations; Defendant's compounding, manufacturing, quality, and safety practices; Defendant's mass manufacturing of unapproved tirzepatide products; Defendant's order-fulfillment practices, prescriptions received, and distribution of tirzepatide products; Defendant's API and ingredient sourcing and supplier relationships; FDA inspections, Form 483 observations, warning letters, and regulatory compliance; state regulatory proceedings, disciplinary actions, and consent decrees; product recalls; customer and patient complaints, feedback, and adverse event reports; research, testing, or clinical studies conducted by Defendant on its compounded drugs. |
| Samuel Pray | The allegations in the Complaint; Defendant's tirzepatide drugs, including oral and injectable formulations; Defendant's compounding, manufacturing, quality, and safety practices; Defendant's mass manufacturing of unapproved tirzepatide products; Defendant's sales volumes, revenues, profits, and other financial data related to tirzepatide products; Defendant's order-fulfillment practices, prescriptions received, and distribution of tirzepatide products; Defendant's API and ingredient sourcing and supplier relationships; FDA inspections, Form 483 observations, warning letters, and regulatory compliance; state regulatory proceedings, disciplinary actions, and consent decrees; product recalls; customer and patient complaints, feedback, and adverse event reports; research, testing, or clinical studies conducted by Defendant on its compounded drugs; consumer confusion between Lilly's FDA-approved medicines and Defendant's compounded products; internal reporting regarding alleged unlawful activity. |

5

| Matthew Ludowig | The allegations in the Complaint; Defendant's tirzepatide drugs, including oral and injectable formulations; Defendant's compounding, manufacturing, quality, and safety practices; Defendant's mass manufacturing of unapproved tirzepatide products; Defendant's sales volumes, revenues, profits, and other financial data related to tirzepatide products; Defendant's order-fulfillment practices, prescriptions received, and distribution of tirzepatide products; Defendant's API and ingredient sourcing and supplier relationships; FDA inspections, Form 483 observations, warning letters, and regulatory compliance; state regulatory proceedings, disciplinary actions, and consent decrees; product recalls; customer and patient complaints, feedback, and adverse event reports; research, testing, or clinical studies conducted by Defendant on its compounded drugs; consumer confusion between Lilly's FDA-approved medicines and Defendant's compounded products; internal reporting regarding alleged unlawful activity. |
|---|---|
| Pejmon Jonathan Abrarpour (Empower Pharmacy)<br><br>c/o<br>Anthony J. Calamunci<br>FISHER BROYLES<br>6800 W. Central Avenue, Suite E<br>Toledo, Ohio 43617<br>Telephone: (567) 455-5257 | The allegations in the Complaint; Defendant's tirzepatide drugs, including oral and injectable formulations; Defendant's compounding, manufacturing, quality, and safety practices; Defendant's mass manufacturing of unapproved tirzepatide products; Defendant's sales volumes, revenues, profits, and other financial data related to tirzepatide products; Defendant's order-fulfillment practices, prescriptions received, and distribution of tirzepatide products; Defendant's API and ingredient sourcing and supplier relationships; FDA inspections, Form 483 observations, warning letters, and regulatory compliance; state regulatory proceedings, disciplinary actions, and consent decrees; product recalls; customer and patient complaints, feedback, and adverse event reports; research, testing, or clinical studies conducted by Defendant on its compounded drugs; consumer confusion between Lilly's FDA-approved medicines and Defendant's compounded products. |

| | |
|---|---|
| Jasen Bruce<br>(Empower Pharmacy)<br><br>c/o<br>Anthony J. Calamunci<br>FISHER BROYLES<br>6800 W. Central Avenue, Suite E<br>Toledo, Ohio 43617<br>Telephone: (567) 455-5257 | The allegations in the Complaint; Defendant's tirzepatide drugs, including oral and injectable formulations; Defendant's compounding, manufacturing, quality, and safety practices; Defendant's mass manufacturing of unapproved tirzepatide products; Defendant's sales volumes, revenues, profits, and other financial data related to tirzepatide products; Defendant's order-fulfillment practices, prescriptions received, and distribution of tirzepatide products; Defendant's API and ingredient sourcing and supplier relationships; FDA inspections, Form 483 observations, warning letters, and regulatory compliance; state regulatory proceedings, disciplinary actions, and consent decrees; product recalls; customer and patient complaints, feedback, and adverse event reports; research, testing, or clinical studies conducted by Defendant on its compounded drugs; consumer confusion between Lilly's FDA-approved medicines and Defendant's compounded products. |
| Dave Ristow<br>(Empower Pharmacy)<br><br>c/o<br>Anthony J. Calamunci<br>FISHER BROYLES<br>6800 W. Central Avenue, Suite E<br>Toledo, Ohio 43617<br>Telephone: (567) 455-5257 | The allegations in the Complaint; Defendant's tirzepatide drugs, including oral and injectable formulations; Defendant's compounding, manufacturing, quality, and safety practices; Defendant's mass manufacturing of unapproved tirzepatide products; Defendant's sales volumes, revenues, profits, and other financial data related to tirzepatide products; Defendant's order-fulfillment practices, prescriptions received, and distribution of tirzepatide products; FDA inspections, Form 483 observations, warning letters, and regulatory compliance; state regulatory proceedings, disciplinary actions, and consent decrees. |

| | |
|---|---|
| Jaspreet Singh<br>(Empower Pharmacy)<br><br>c/o<br>Anthony J. Calamunci<br>FISHER BROYLES<br>6800 W. Central Avenue, Suite E<br>Toledo, Ohio 43617<br>Telephone: (567) 455-5257 | The allegations in the Complaint; Defendant's tirzepatide drugs, including oral and injectable formulations; Defendant's compounding, manufacturing, quality, and safety practices; Defendant's mass manufacturing of unapproved tirzepatide products; Defendant's sales volumes, revenues, profits, and other financial data related to tirzepatide products; Defendant's order-fulfillment practices, prescriptions received, and distribution of tirzepatide products; FDA inspections, Form 483 observations, warning letters, and regulatory compliance; state regulatory proceedings, disciplinary actions, and consent decrees; customer and patient complaints, feedback, and adverse event reports; research, testing, or clinical studies conducted by Defendant on its compounded drugs; consumer confusion between Lilly's FDA-approved medicines and Defendant's compounded products. |
| Representative(s) and/or employees of Defendant (to be identified during discovery)<br><br>c/o<br>Anthony J. Calamunci<br>FISHER BROYLES<br>6800 W. Central Avenue, Suite E<br>Toledo, Ohio 43617<br>Telephone: (567) 455-5257 | The allegations in the Complaint; Defendant's tirzepatide drugs, including oral and injectable formulations; Defendant's compounding, manufacturing, quality, and safety practices; Defendant's mass manufacturing of unapproved tirzepatide products; Defendant's sales volumes, revenues, profits, and other financial data related to tirzepatide products; Defendant's order-fulfillment practices, prescriptions received, and distribution of tirzepatide products; Defendant's API and ingredient sourcing and supplier relationships; FDA inspections, Form 483 observations, warning letters, and regulatory compliance; state regulatory proceedings, disciplinary actions, and consent decrees; product recalls; customer and patient complaints, feedback, and adverse event reports; research, testing, or clinical studies conducted by Defendant on its compounded drugs; consumer confusion between Lilly's FDA-approved medicines and Defendant's compounded products; internal reporting regarding alleged unlawful activity. |

8

| | |
|---|---|
| Janet Potts<br>Vice President, Immunology Strategy<br><br>c/o KIRKLAND & ELLIS LLP<br>4550 Travis Street<br>Dallas, TX 75205<br>Telephone: (214) 432-5072<br>Facsimile: (214) 972-1771 | The claims asserted by Lilly in this action; Lilly's FDA-approved tirzepatide products and the importance of its brand and reputation; the harm to Lilly caused by Defendant's actions; any other relevant issues raised by Defendant. |
| Fernando Campo<br>Vice President, Marketing<br>Eli Lilly and Company<br><br>c/o KIRKLAND & ELLIS LLP<br>4550 Travis Street<br>Dallas, TX 75205<br>Telephone: (214) 432-5072<br>Facsimile: (214) 972-1771 | The claims asserted by Lilly in this action; Lilly's marketing of tirzepatide and the importance of its brand and reputation; the harm to Lilly caused by Defendant's actions; any other relevant issues raised by Defendant. |
| Additional representative(s) of Lilly (depending on issues raised by Defendant)<br><br>c/o KIRKLAND & ELLIS LLP<br>4550 Travis Street<br>Dallas, TX 75205<br>Telephone: (214) 432-5072<br>Facsimile: (214) 972-1771 | The claims asserted by Lilly in this action; Lilly's marketing of tirzepatide and the importance of its brand and reputation; the harm to Lilly caused by Defendant's actions; any other relevant issues raised by Defendant. |
| Any person or entity identified by Defendant or identified in discovery. | Additional persons or entities identified by Defendant or in discovery. |

Lilly does not authorize: (a) any other party to contact or otherwise communicate with the individuals listed above or any of Lilly's current or former employees or representatives who may have privileged or confidential information; or (b) any communications otherwise prohibited by all applicable rules of professional conduct. Any Lilly individual identified in this disclosure shall be contacted only through the undersigned attorneys.

## II.    DOCUMENTS SUPPORTING LILLY'S CLAIMS OR DEFENSES

Pursuant to Rule 26(a)(1)(A)(ii), Lilly identifies the following categories of documents, electronically stored information, and tangible things which it may use to support its claims or defenses, to the extent such documents exist, are within Lilly's possession, custody, or control, and are not privileged.

| Document Category |
| --- |
| Documents cited in the Complaint; |
| Documents obtained from the U.S. Food and Drug Administration ("FDA") website, located at https:// www.fda.gov; |
| Publicly available clinical studies regarding Lilly's MOUNJARO® and ZEPBOUND®; |
| Information relating to Defendant's Internet websites and previous versions thereto; |
| Any testing, including chemical or clinical, Defendant conducted on tirzepatide products, including testing to assess the safety and efficacy of tirzepatide products; |
| Documents evidencing Defendant's sales and distribution of compounded tirzepatide products, including sales volumes, revenue, prescription data, and all documents reflecting Defendant's communications with sources for compounded drugs regarding quality, safety, effectiveness, and compliance; |
| Documents sufficient to show Defendant's suppliers and/or sources of active pharmaceutical ingredients and other raw materials for its tirzepatide products; |
| Documents concerning financial and reputational harm to Lilly arising from Defendant's marketing, labeling, prescription, offering for sale, and/or sale of compounded drugs purporting to contain tirzepatide; |
| Documents identified in any other party's disclosures or discovery responses or produced by any party or third party in this litigation; |
| Documents relating to any complaints by customers or patients concerning Defendant's tirzepatide products, including adverse event reports or other safety events; |
| Documents relating to any recalls of Defendant's compounded tirzepatide products; |
| Documents relating to state regulatory proceedings, disciplinary actions, consent decrees, or other actions by state boards of pharmacy concerning Defendant; |
| Documents relating to FDA investigations, citations, notices, disciplinary actions, consent decrees, 483s, or other actions by FDA concerning Defendant; |

| |
|---|
| Documents relating to any actual or possible consumer confusion between Lilly's FDA-approved medicines and Defendant's compounded products. |
| Documents sufficient to show Defendant's production volumes, manufacturing quantities, and batch-tracing records from end to end of its supply chain, including any other documents related to Defendant's mass manufacture of unapproved tirzepatide products. |

This response is made without waiver of right to withhold production of confidential, proprietary, or privileged material. Lilly also reserves the right to rely upon documents, records, or electronically stored information in the possession, custody, and control of any party to the action and/or non-parties. The information contained in these Initial Disclosures is based on knowledge or materials presently available and specifically known to Lilly. It is possible that further discovery, investigation, or research will supply additional facts, which may lead to additions to and/or changes in these disclosures. Accordingly, Lilly reserves the right to amend or supplement this disclosure pursuant to Rule 26(e) if additional documents are identified.

Furthermore, Lilly reserves the right to supplement or modify this disclosure based on information and/or documents subsequently identified as pertinent to disputed facts.

## III.     CATEGORIES OF DAMAGES CLAIMED BY LILLY

Lilly is seeking declaratory and injunctive relief as set forth in the Complaint, and also seeks damages in an amount as yet undetermined, together with the trebling of such damages and costs and attorneys' fees pursuant to applicable state laws referenced in the Complaint and any other applicable provision of law, and pre-judgment and post-judgment interest on all damages.

Lilly will not be able to compute its damages until it receives information from Defendant during discovery.

11

## IV. INSURANCE

Lilly is not in possession of any insurance agreement of the types described in Rule 26(a)(1)(A)(iv).

Dated: June 15, 2026

Respectfully submitted,

*/s/ David I. Horowitz*
David I. Horowitz *(pro hac vice)*
*Attorney-in-charge* (with permission from attorney-in-charge)
KIRKLAND & ELLIS LLP
2049 Century Park East, 38th Floor
Los Angeles, California 90067
Telephone: (310) 552-4200
Facsimile: (213) 808-8074
dhorowitz@kirkland.com

James John Lomeo
Texas Bar No. 24118993
Southern District No. 3511238
KIRKLAND & ELLIS LLP
401 W. Fourth Street
Austin, Texas 78701
Telephone: (512) 678-9101
Facsimile: (512) 678-9101
james.lomeo@kirkland.com

James F. Hurst *(pro hac vice)*
Diana M. Watral *(pro hac vice)*
Robin A. McCue *(pro hac vice)*
Ryan J. Moorman *(pro hac vice)*
James R.P. Hileman *(pro hac vice)*
Nicholas M. Ruge *(pro hac vice)*
Patrick Weeks *(pro hac vice)*
KIRKLAND & ELLIS LLP
333 West Wolf Point Plaza
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
james.hurst@kirkland.com
diana.watral@kirkland.com
robin.mccue@kirkland.com
ryan.moorman@kirkland.com
jhileman@kirkland.com
nicholas.ruge@kirkland.com
patrick.weeks@kirkland.com

Joshua L. Simmons *(pro hac vice)*
Jeanna M. Wacker *(pro hac vice)*
KIRKLAND & ELLIS LLP
601 Lexington Avenue

New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
joshua.simmons@kirkland.com
jeanna.wacker@kirkland.com

Eugene Temchenko
Texas Bar No. 24118928
Southern District No. 3929004
KIRKLAND & ELLIS LLP
4550 Travis Street
Dallas, Texas 75205
Telephone: (214) 432-5072
Facsimile: (214) 972-1771
eugene.temchenko@kirkland.com

*Counsel for Plaintiff Eli Lilly and Company*

14

## CERTIFICATE OF SERVICE

In accordance with the Federal Rules of Civil Procedure, I hereby certify that on June 15, 2026, a true and correct copy of the foregoing instrument has been served on counsel of record by e-mail.

**FISHER BROYLES**
Anthony J. Calamunci
Lisa A. Powell
Trent D. Stephens
anthony.calamunci@fisherbroyles.com
lisa.powell@fisherbroyles.com
trent.stephens@fisherbroyles.com
2925 Richmond Ave., Ste. 1200
Houston, Texas 77098
(713) 425-3730

**BECK REDDEN LLP**
Geoff A. Gannaway
David J. Beck
ggannaway@beckredden.com
dbeck@beckredden.com
1221 McKinney Street, Suite 4500
Houston, Texas 77010
Telephone: (713) 951-3700

**HYMAN, PHELPS & MCNAMARA, P.C.**
Karla L. Palmer
kpalmer@hpm.com
1101 K Street N.W., Suite 700
Washington, DC 20005
Telephone: (202) 737-7542

*/s/ David I. Horowitz*
David I. Horowitz

15