**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| ELI LILLY AND COMPANY,<br><br>　　　　Plaintiff,<br><br>v.<br><br>EMPOWER CLINIC SERVICES, LLC d/b/a<br>EMPOWER PHARMACY,<br><br>　　　　Defendant. | Civil Action No. 4:25-cv-3464 |

**ORDER GRANTING DEFENDANT EMPOWER CLINIC SERVICES, L.L.C. D/B/A**
**EMPOWER PHARMACY'S SECOND MOTION FOR PROTECTIVE ORDER**

CAME ON THIS DAY FOR CONSIDERATION Defendant Empower Clinic Services, L.L.C. d/b/a Empower Pharmacy's Second Motion for Protective Order under Federal Rule of Civil Procedure 26(c) as to Plaintiff Eli Lilly and Company's First Set of Interrogatories and First Set of Requests for Production served on March 9, 2026 (the "Motion"). After considering the Motion, the response, and the reply, if any, it is the opinion of this Court that the Motion has merit, and it is hereby GRANTED.

IT IS THEREFORE ORDERED that Defendant Empower Clinic Services, L.L.C. d/b/a Empower Pharmacy is not required to respond to Plaintiff Eli Lilly and Company's First Set of Interrogatories and First Set of Requests for Production served on March 9, 2026 until said Interrogatories and Requests for Production have been reasonably narrowed to the remaining claims.

IT IS FURTHER ORDERED that Defendant Empower Clinic Services, L.L.C. d/b/a Empower Pharmacy's obligation to respond further to discovery in this civil action is hereby

ABATED pending a ruling on Defendant Empower Clinic Services, L.L.C. d/b/a Empower Pharmacy's Motion to Invoke Rule 7 to Require a Reply [ECF No. 82].

 

_____

SIM LAKE
UNITED STATES DISTRICT JUDGE